# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES CASWELL JONES | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | Case No. CV408-051 |
| UNITED STATES OF AMERICA | ) ) ) ) | CR405-283 |
| Respondent. | ) | |

## ORDER

The Court **GRANTS** James Caswell's Jones' motion to vacate or hold in abeyance this Court's November 2, 2011 Order (doc. 43, reported at 2011 WL 5299588). CV408-051, doc. 46. That Order set forth a briefing schedule based upon the remand set forth in *Jones v. United States*, 2011 WL 4425315 (11th Cir. Sep. 23, 2011). However, the *Jones* mandate had not yet issued, and Jones has since moved the court of appeals for an en banc rehearing. The Court will revisit this matter upon receipt of the mandate.

**SO ORDERED**, this __22nd__ day of December, 2011.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA